UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN WATKINS,                              :
                                             :
           Petitioner                        :
                                             :
     v.                                      :   CIVIL NO. 3:CV-08-702
                                             :
ROBERT SHANNON, ET AL.,                      :   (Judge Kosik)
                                             :
           Respondents                       :

# O R D E R

## THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

Petitioner Steven Watkins is currently confined at the State Correctional

Institution at Frackville, Pennsylvania.  He filed this petition for writ of habeas

corpus pursuant to 28 U.S.C. § 2254 on April 14, 2008.  In the petition, he challenges

the denial of parole by the Pennsylvania Board of Probation and Parole.  A response

to the petition is currently due on June 12, 2008.  On June 11, 2008, Respondents

notified the court that they were unable to read Petitioner's Memorandum in support

of his habeas petition. (Doc. 2.)  While the exhibits attached to the Memorandum are

legible, the text of the Memorandum is not, due to the faint ink on the document.

Efforts on the part of the Clerks Office to darken the document were unsuccessful.

As such, Petitioner will be afforded ten (10) days to re-submit a legible copy of his

Memorandum.  His failure to do so will result in the Memorandum being stricken

from the record and Respondents will answer only the allegations contained in the

petition.  A response to the petition, and any re-submitted Memorandum will be due

on or before July 14, 2008.

**ACCORDINGLY, THIS 12th DAY OF JUNE, 2008, IT IS HEREBY**

**ORDERED THAT:**

> 1.   Within ten (10) days from the date of this Order,
>      Petitioner may re-submit a legible copy of his
>      Memorandum in support of the habeas corpus
>      petition.
>
> 2.   A response to the petition, and any re-submitted
>      Memorandum, shall be filed on or before July 14,
>      2008.

_s/EDWIN M. KOSIK_
United States District Judge